IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) OHIO SECURITY INSURANCE )
COMPANY, )
 )
     Plaintiff, )
 )
v. )  Case No. CIV-18-935-PRW
 )
(1) STILLWELL LIMITED, INC., an )
Oklahoma corporation; d/b/a ALPHA )
& OMEGA MORTUARY SERVICE )
AND CREMATORY, )
 )
     Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ohio Security Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby submits a stipulation of dismissal with prejudice, electronically signed by all parties which have appeared in this action. Pursuant to this stipulation, which concludes this action in its entirety, all parties agree to bear their own attorney fees in connection with this action.

     Dated: August 24, 2021.

                                        */s/ Tim. D. Cain*
                                        TIM D. CAIN, OBA No. 11779
                                        WILSON, CAIN & ACQUAVIVA
                                        300 N.W. 13th Street, Suite 100
                                        Oklahoma City, Oklahoma 73103
                                        Ph. 405-236-2600
                                        Facsimile: 405-236-2607
                                        Email: timcain@swbell.net
                                        *Attorneys for Plaintiff, Ohio Security*
                                        *Insurance Company*

1

*/s/Michael D. Duncan*
MICHAEL D. DUNCAN, OBA No.11601
BART JAY ROBEY, OBA No. 19926
CHUBBUCK DUNCAN & ROBEY, P.C.
100 N. Broadway Avenue, Suite 2300
Oklahoma City, Oklahoma 73102
Ph. 405-236-8282
Facsimile: 405-236-2828
Email: mdduncan@chubbucklaw.com
Email: bjrobey@chubbucklaw.com
*Attorneys for Defendant, Stillwell Limited, Inc.,*
*d/b/a Alpha & Omega Mortuary Service and*
*and Crematory*